## IN THE UNITED STATES DISTRICT COURT
## EASTERN DIVISION OF ARKANSAS
## CENTRAL DIVISION

KERRY RAE'LOND HOLLIS                                                            PLAINTIFF

v.                                          4:22-CV-00654-BRW

DREW COUNTY CIRCUIT COURT, *ET AL*                                    DEFENDANTS

### ORDER

Plaintiff's complaint involves an apparent disagreement with how things proceeded in family court in Drew County, Arkansas. A district court has the authority to dismiss a case *sua sponte* for failure to state a claim.[1] The Drew County Circuit Court is not a "person" subject to suit under § 1983.[2] Additionally the presiding judge[3] and guardian ad litem[4] are entitled to immunity.

Because Plaintiff's Complaint states no cause of action against Defendant for which relief may be granted, this case is DISMISSED. The motion to proceed *in forma pauperis* (Doc. No. 1) is DENIED as MOOT.

IT IS SO ORDERED this 18th day of July, 2022.

Billy Roy Wilson_____
UNITED STATES DISTRICT JUDGE

---

[1]See *Smith v. Boyd*, 945 F.2d 1041 (8th Cir. 1991).

[2]*Harris v. Missouri Court of Appeals, W. Dist.*, 787 F.2d 427, 429 (8th Cir. 1986).

[3]*Schottel v. Young*, 687 F.3d 370, 373 (8th Cir. 2012) (holding that a judge is immune from suit, except for non-judicial actions or for actions taken absent all jurisdiction).

[4]*McCuen v. Polk County, Iowa.*, 893 F.2d 172, 174 (8th Cir. 1990) (holding that a guardian ad litem's absolute immunity extends to her duties of preparing reports and making recommendations to family court).